632

442 A.2d 347

Daniels v. Daniels, Appellant.

Argued December 14, 1981. Jonathan DeYoung, for appellant; P. Richard Klein, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

442 A.2d 347

Fischetti et al., Appellants v. Ruscombmanor Twnshp.

Submitted March 21, 1980. Alfred W. Crump, Jr., for appellants; Robert I. Cottom, for Ruscombmanor Township, Everhart, Seidel and Matthias, appellees; Kenneth E. Sands, Jr., for Moyer and Minnick, appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Affirmed.

PRICE, J., did not participate in the consideration or decision of this case.